

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2018

No. 04-18-00402-CV

**IN THE ESTATE OF MARIA L. RAYNES, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013PC0369
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

On July 17, 2018, appellant responded to our order dated July 5, 2018, showing payment has been made for the reporter's record. The reporter's record is due on or before **August 6, 2018.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court